In the Matter of LOUIS T. NOONAN.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of JAMES M. GIFFORD.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of BRAINARD AVERY.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALMOND R. LODWICK v. EDMOND VAN DYK and Others.— Motion to dismiss appeal granted, with ten dollars costs. (See *Andrewes* v. *Haas*, 214 N. Y. 255.) Present — Clarke, P. J., McLaughlin, Scott,. Dowling and Smith, JJ.

HENRY B. TANGEMANN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

DANIEL W. BUHL, Respondent, v. JOSEPH COWAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

In the Matter of the Transfer Tax upon the Estate of EMIL WOLFF, Deceased. STATE COMPTROLLER, Appellant; WILLIAM SCHALL, JR., and Another, Executors, etc., Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Appellant, v. NEWMAN ERB and Another, Individually and as Surviving Trustees, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

JOHN PEYTON CLARK, Appellant, v. CAROLINA AND YADKIN RIVER RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.; Laughlin and Page, JJ., dissented.

ALEXANDER WALKER, Respondent, v. O. J. GUDE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke,. P. J., McLaughlin, Laughlin, Dowling and Page, JJ.; Clarke, P. J., dissented.

KATIE URBAN, Respondent, v. KEVA C. ARLUCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

ADOLPH FREUND, Appellant, v. CHARLES A. STONEHAM and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

KATHERINE A. LEE, Respondent, v. OCEAN ELECTRIC RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.